UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| **DUSTIN H. FRAZIER,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| **BANK OF AMERICA CORPORATION** **d/b/a FIA CARD SERVICES AND** **LEADING EDGE RECOVERY LLC,** | ) CIVIL ACTION NO. 09270-D ) ) ) ) |
| *Defendants.* | ) ) ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C §§ 1331, 1441, and 1446, Defendants, Bank of America Corporation d/b/a FIA Card Services and Leading Edge Recovery LLC, ("Defendants") hereby remove the above-captioned civil action from the 350th District Court, Taylor County, Texas, to the United States District Court for the Northern District of Texas. The removal of this case is proper because:

1. Bank of America Corporation d/b/a FIA Card Services and Leading Edge Recovery LLC, are co-defendants in the civil action filed by Plaintiff, Dustin H. Frazier, in the 350th District Court, Taylor County, Texas, captioned as *Dustin H. Frazier v. Bank of America Corporation d/b/a FIA Card Services and Leading Edge Recovery LLC,* Cause No. 09270- D (hereinafter, the "State Court Action").

2. Defendants removed this case on the basis of the Fair Debt Collection Practices Act, Title 15 U.S.C. § 1692, *et seq.* ("FDCPA"), as Plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3.      Attached hereto as **Exhibit "A"** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

4.      Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal. Plaintiff's Complaint was served on both Defendants on June 6, 2011. This Notice of Removal is filed within thirty (30) days of receipt of the Complaint by Defendants and is, therefore, timely filed under 28 U.S.C. § 1446(b).

5.      A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Clerk of the 350th District Court, Taylor County, Texas.

WHEREFORE, Defendants, Bank of America Corporation d/b/a FIA Card Services and Leading Edge Recovery LLC, hereby remove to this Court the State Court Action.

Respectfully submitted,

/s/ Jessica A. Hawkins
Jessica A. Hawkins
State Bar No. 24068029
**Sessions, Fishman, Nathan & Israel, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055

        Attorney for Defendant,
        Bank of America Corporation
        d/b/a FIA Card Services

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been sent to the following via certified mail on this 6th day of July, 2011:

Kimberly Soard
The Law Offices of Kimberly Soard, PC
3722 Bristleleaf Drive
Katy, Texas 77449

Keith Wier
Bush & Ramirez, L.L.C.
24 Greenway Plaza, Suite 1700
Houston, TX 77046

        /s/ Jessica Hawkins
        Jessica Hawkins