IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| DUSTIN H. FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION | ) | |
| d/b/a FIA CARD SERVICES and LEADING | ) | |
| EDGE RECOVERY SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 1:11-CV-116-C |

## **ORDER**

The parties have indicated to the Court that they have settled this case. Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before sixty (60) days from the date of this order.

SO ORDERED.

Dated November 10, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE